# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>    v.<br><br>TUSCAN FAMILY PARTNERS, LP,<br><br>    Defendant. | Case No. 1:20-cv-01742-NONE-SAB<br><br>ORDER VACATING ALL DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>FORTY FIVE DAY DEADLINE |

On February 1, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **forty-five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **February 1, 2021**

UNITED STATES MAGISTRATE JUDGE

1